IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHEE NOU XIONG,

    Plaintiff,

v.

DANE COUNTY CIRCUIT COURTHOUSE,

    Defendant.

ORDER

Case No. 23-cv-384-wmc

---

Plaintiff Chee Nou Xiong has filed a proposed complaint. Plaintiff seeks to commence this lawsuit without prepayment of the filing fee pursuant to 28 U.S.C. § 1915.

From plaintiff's affidavit of indigency, I cannot determine whether plaintiff qualifies for indigent status. The affidavit indicates that plaintiff is self-employed, but has no income and is not married, however, plaintiff does not include information regarding paying for basic living expenses, such as food, clothing and shelter. Without this information, I am unable to determine whether plaintiff qualifies for indigent status. Therefore, I will provide plaintiff with the opportunity to supplement the request for leave to proceed without paying the filing fee by completing the enclosed affidavit of indigency. When completing the affidavit, plaintiff should take care to show how basic necessities are paid, and include plaintiff's actual gross monthly income from all sources for the last 12 months.

ORDER

IT IS ORDERED that plaintiff Chee Nou Xiong, may have until June 29, 2023, to amend and return the affidavit of indigency, taking particular care to show how basic necessities are paid, and include actual gross monthly income from all sources for the last 12 months. If plaintiff fails to provide this requested financial information, then the court will

deny the request for leave to proceed without prepayment of the filing fee for failure to show indigency.

Entered this 8th day of June, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHEE NOU XIONG,

    Plaintiff,

v.

DANE COUNTY CIRCUIT COURTHOUSE,

    Defendant.

ORDER

Case No.  23-cv-384-wmc

**NON-PRISONER REQUEST TO PROCEED IN DISTRICT COURT
WITHOUT PREPAYING THE FILING FEE**

Answer the following questions to the best of your ability.
**Note**: If you do not tell the truth, the court may dismiss your lawsuit.

**I.**     **Personal Information**

1)   Are you employed?                                     □ Yes          □ No

2)   Are you married?                                        □ Yes          □ No
     If "Yes," is your spouse employed?            □ Yes          □ No

3)   Do you have any dependents that you are responsible for supporting?
     □ Yes          □ No
     If "Yes," list them below:

| Name or initials (for minor children only) | Relationship to You | Age | Amount of Support Provided per Month |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |

**II.** **Income** - If you are married, your answers *must include your spouse's income.* (When calculating income, include any wages, salary, rent, child support, public assistance, unemployment compensation, disability payments, life insurance payments, pensions, annuities, workers' compensation, stock dividends and interest, gifts and inheritance, or other money you receive from any source.)

1) State your total *monthly* wages or salary?        $ _____

2) Provide the name and address of your employer(s):

   _____

3) State your spouse's total *monthly* wages or salary?   $ _____

State the amount of money you have received from any other source in the last twelve months, such as the sources listed above. Please attach an additional sheet if necessary.

Source of income                                           Amount

_____        $ _____

_____        $ _____

**III.** **Expenses** - If you are married or have dependents, *your expenses should also include your household's expenses.* (When calculating household expenses, you may include groceries, clothing, medical costs, utilities that are not included in your rental payments, transportation, and insurance.)

1) Identify the following amounts that you pay per month:

   ☐ Rent or      ☐ Mortgage              $ _____

   Car payment(s)                          $ _____

   Alimony or court-ordered child support  $ _____

   Credit card payment(s)                  $ _____

2)   Do you have any other *monthly* expenses that you have not already listed?
  ☐ Yes     ☐ No

  If "Yes," list them below:

  Expense                                                          Amount

  _____           $_____

  _____           $_____

  _____           $_____

3)   What are your total *monthly* expenses?     $_____

**IV.**   **Property** - If you are married, your answers must ***include your spouse's property.***

1)   Do you own a car?     ☐ Yes     ☐ No     If "Yes," list car(s) below:

  Make and Model                                    Year        Approximate Current Value

  _____   _____   $_____

  _____   _____   $_____

2)   Do you own your home(s)?   ☐ Yes     ☐ No

  If "Yes," state the approximate value(s).   $_____

  What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the home(s)?   $_____

3)   Do you have any cash or checking, savings, or other similar accounts?
  ☐ Yes     ☐ No

  If "Yes," state the total of such sums.   $_____

4) Do you own any other property of value, such as real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k), artwork or jewelry?

☐ Yes     ☐ No

If "Yes," describe the property and the approximate value(s).

_____

**V.  Other Circumstances** - Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

_____

_____

_____

_____

_____

    I, _____, declare that I am the plaintiff bringing this complaint. I declare that I am unable to prepay the fee and that I am entitled to the relief sought in the complaint.

_____          _____
Date                                                                    **Signature - Signed Under Penalty of Perjury**